**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **CAMERON BIRMINGHAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil No.** |
| ) | |
| **KVC BEHAVIORAL HEALTH, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

Defendant KVC Behavioral Health, Inc. gives notice of removal of this action from the District Court of Wyandotte County, Kansas, to the United States District Court, District of Kansas, Kansas City Division, in accordance with 28 U.S.C. § 1446 and District of Kansas Local Rule 81.1. This Court has original jurisdiction over a federal question under 28 U.S.C. § 1331. As grounds for removal, Defendant states:

1.      Plaintiff Cameron Birmingham commenced this action against Defendant by filing a petition in Wyandotte County District Court on December 9, 2025. A copy of which is attached with the corresponding Summons on KVC Behavioral Health, Inc. as Exhibit 1. The case number is WY-2025-CV-001013.

2.      In Paragraph 3 of the Petition, Birmingham alleges that the case arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et. seq.* In Count I of the Petition, Birmingham alleges race discrimination. In Count II, Birmingham alleges sex discrimination. In Count III, Birmingham alleges retaliation. All of these counts purportedly arise under federal law. Thus, removal is based on federal question jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a).

3.      Defendant was served with a copy of the Petition on December 19, 2025.

4.    Accordingly, this Notice of Removal is timely filed within 30 days of service in accordance with 28 U.S.C. § 1446(b).

5.    Wyandotte County District Court is in the Kansas Twenty-Ninth Judicial District.

6.    The United States District Court for the District of Kansas, Kansas City Division clerk's office is the proper place of filing this Notice of Removal under District of Kansas Local Rule 81.1(b)(1).

7.    The Summons and Petition are attached as Exhibit 1 to this notice.

8.    In accordance with 28 U.S.C. § 1446 and District of Kansas Local Rule 81.2, a true and correct copy of all pleadings that have been filed in the state court pertaining to this action as of this date, including the Summons and Petition, will be submitted within 21 days of filing this Notice of Removal.

9.    In accordance with 28 U.S.C. § 1446(d), Defendant will give written notice of the filing of this Notice of Removal to all adverse parties of record in this matter and will file a copy of this Notice of Removal with the clerk of the Wyandotte County District Court.

For these reasons, Defendant removes this action from the Wyandotte County District Court to the United States District Court for the District of Kansas, Kansas City Division.

Respectfully submitted by,

FOULSTON SIEFKIN LLP

By: _/s/ Vaughn Burkholder_____
Vaughn Burkholder, KS Bar No. 11458
7500 College Blvd., Suite 1400
Overland Park, KS 66210
Tel. 913-253-2133
Fax. 913-498-2101
vburkholder@foulston.com

ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 16, 2026, I electronically filed the above and foregoing with the Clerk of the Court using the Court's Electronic Filing System, which sends notification of such filing to all counsel of record, and served by electronic mail:

**THORNBERRY BROWN, LLC**

Stephen C. Thornberry
Randall W. Brown
4550 Main Street, Suite 205
Kansas City, Missouri 64111
steve@thornberrybrown.com
randy@thornberrybrown.com
Tel: (816) 531-8383
F: (816) 531-8385

*Attorneys for Plaintiff*

*/s/ Vaughn Burkholder*
Vaughn Burkholder, KS #11458